UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PIERRE L. HOFFMAN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CHARLES D. LEE; et al.,<br><br>        Defendants - Appellees. | No. 10-16737<br><br>D.C. No. 5:08-cv-04499-JW<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

    The judgment of this Court, entered September 19, 2012, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Theresa Benitez
                                              Deputy Clerk